CR 20-168 WMW(ECW)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 844(c) |
| | ) | 18 U.S.C. § 844(i) |
| v. | ) | 21 U.S.C. § 853(p) |
| | ) | 28 U.S.C. § 982(a)(2)(B) |
| MONTEZ TERRIEL LEE, JR., | ) | 28 U.S.C. § 982(b)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Arson on Property Used in Interstate Commerce)

On or about May 28, 2020, in the State and District of Minnesota, the defendant,

**MONTEZ TERRIEL LEE, JR.,**

maliciously damaged and destroyed, by means of fire and explosive materials, the Max It Pawn Shop, located at 2726 East Lake Street, a building used in interstate commerce, in violation of Title 18, United States Code, Section 844(i)

### FORFEITURE ALLEGATION

If convicted of Count 1 of this Indictment, the defendant, MONTEZ TERRIEL LEE, JR., shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violation.

SCANNED
AUG 12 2020
U.S. DISTRICT COURT MPLS

U.S. v. Montez Terriel Lee, Jr.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                                   FOREPERSON

2