UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 20-CR-168 (WMW/ECW)

United States of America,

           Plaintiff,

v.

Montez Terriel Lee,

           Defendant.

**MOTION TO SUPPRESS**
**EVIDENCE OBTAINED AS A RESULT**
**OF SEARCH AND SEIZURE**

The defendant, Mr. Montez Terriel Lee, by and through his attorney, Andrew S. Garvis, respectfully moves the Court pursuant to Rule 12, Federal Rules of Criminal Procedure, to suppress any physical evidence obtained as a result of a search and seizure on the following grounds: that the stop of defendant's vehicle was conducted without warrant, without probable cause and lacking in any exigent circumstances or other exception to the warrant requirement.

That this motion is based on the indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

Respectfully submitted,

KOCH AND GARVIS, LLC

Dated: September 15, 2020

s/ *Andrew S. Garvis*
Andrew S. Garvis, Att'y No. 257989
3109 Hennepin Avenue South
Minneapolis, MN 55408
612-827-8101
andrew@uptownlawyer.com
Attorney for Def. Lee