# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTIONS MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE:  ELIZABETH COWAN WRIGHT |
| | U.S. Magistrate Judge |
| v. | Via Zoom for Government |
| MONTEZ TERRIEL LEE, JR., | Case No: 20-cr-00168 WMW/ECW |
| | Date: November 20, 2020 |
| | Court Reporter: Lori Simpson |
| Defendant. | Time Commenced: 2:00 p.m. |
| | Time Concluded: 2:38 p.m. |
| | Time in Court: 38 Minutes |

**APPEARANCES:**

Plaintiff:   Thomas Calhoun-Lopez, Assistant U.S. Attorney

Defendant:   Andrew Garvis

Interpreter/Language:   N/A

**Order to issue on the following motions:**
Montez Terriel Lee, Jr's Motion for Discovery of Expert Under Rule 16(a)(1)(G) (Dkt. 17); Montez Terriel Lee, Jr's Motion for Early Disclosure of Jencks Act Materials (Dkt. 18); Montez Terriel Lee, Jr's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Dkt. 19); Montez Terriel Lee, Jr's Motion for Discovery (Dkt. 20); Montez Terriel Lee, Jr's Motion to Produce 404(b) Evidence (Dkt. 21); Montez Terriel Lee, Jr's Motion to Preserve Rough Notes (Dkt. 22); Montez Terriel Lee, Jr's *Giglio* Motion (Dkt. 23); Montez Terriel Lee, Jr's Motion for Attorney-Conducted Voir Dire (Dkt. 24); Montez Terriel Lee, Jr's Motion for a Bill of Particulars (Dkt. 25); and Montez Terriel Lee, Jr's Motion for Reconsideration of Detention (Dkt. 31).

**Report and Recommendation to issue on the Following Motion:**
Montez Terriel Lee, Jr's Motion to Dismiss the Indictment (Dkt. 26).

☒ ORDER TO BE ISSUED   ☒ R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel   ☐ Text order to be entered by Clerk's Office

s/SK
Signature of Law Clerk
