# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES – CRIMINAL** |
| Plaintiff, | BEFORE: Wilhelmina M. Wright |
| | U.S. District Judge |
| v. | |
| Montez Terriel Lee, Jr., | Case No: 20-cr-0168 (1) (WMW/ECW) |
| | Date: July 22, 2021 |
| Defendant. | Court Reporter: Timothy Willette |
| | Courthouse: Saint Paul |
| | Courtroom: 7A |
| | Time in Court: 9:00 a.m. – 9:45 a.m. |
| | Time in Court: 45 Minutes |

**APPEARANCES:**

   For Plaintiff:    Thomas Calhoun-Lopez, Assistant United States Attorney

   For Defendant:  Bruce M. Rivers, Retained

**PROCEEDINGS:**

- √ Plea Hearing.
- √ Plea:
  - √ Guilty as to Count 1 of the Indictment.
- √ Presentence Investigation and Report requested.
- √ Sentencing will be scheduled at a future date and time before Judge Wilhelmina M. Wright.
- √ Defendant remanded to the U.S. Marshal.

s/Mona Eckroad<br>
Courtroom Deputy