UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 20-CR-168 (WMW-ECW) |
| | ) | |
| v.          Plaintiff, | ) | |
| | ) | |
| | ) | **DEFENDANT'S RESPONSE TO** |
| MONTEZ TERRIEL LEE JR., | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| | ) | |
| Defendant. | ) | |

## BACKGROUND

On July , 2021, the Defendant plead guilty to count one of the indictment, arson in violation of 18 U.S.C. §844(I). On November 4, 2021 the Government moved for an evidentiary hearing on the issue as to whether the enhancement under U.S.S.G. § 2K2.1.4(c)(1) applied. The Defense had noted an objection to the enhancement. The court rescheduled this case for a hearing in February 2022. After consultation with counsel the Defendant decided to withdraw his objection to the enhance under U.S.S.G. §2K1.4(c)(1). The Court rescheduled the sentencing hearing at the Government's request for 1/14/2022 at 10:30 AM. The Defense filed a motion for the extension of time to file their position pleading. The Court Granted the Defense motion and ordered that his position pleading was due on 11/15/2021. Defense completed the position pleading without regard to the deadline and filed a motion for leave to file it late.

## EXPLANATION OF COUNSEL

This is in response to the Court's Order to show cause dated December 2, 2021 to explain why the position pleading filed by the Defense was filed 15 days late.

First, I have practiced in this jurisdiction since 1998. I have had the privilege to represent Defendants in all types of Federal Criminal Cases in Minnesota . I am familiar with the rules and

procedures. This case was a struggle for me in the sense of how to proceed with the complicated issues that affect the guideline calculation. My predecessor had hired an expert to challenge whether the enhancement for the death that occurred should apply. In my effort to exhaust all possible defenses to that enhancement, I overlooked the deadline the court had imposed. I had consultations with my client and after much consideration, it was his decision to move forward without challenging the enhancement. Additionally, in the preparation of his position pleading I was gathering information about Mr. Lee and his life to corroborate the things he was telling me. I wanted to make sure his defense was complete.

I knew the sentencing date had been moved to January but I did not pay attention to the date the position pleading was due. My trial schedule has been overwhelming to say the least and I simply did not pay attention to the deadline. For that I sincerely apologize. I have spoken to the government who does not object to the late filing. Mr. Lee is facing very significant prison time. He should not be punished for my mistake. With my humble and respectful apology, I ask that you accept the late filing. I have never had an issue like this come up before in all my practice and I can assure the court that it will not happen again.

## CONCLUSION

For the reasons stated above I respectfully ask the court's forgiveness and ask that the late filing be accepted.

Dated: December 3, 2021

RIVERS LAW FIRM, P.A.

By: /s/ Bruce Rivers
Bruce Rivers (#282698)
Attorney for Defendant
Rivers Law Firm, P.A.
701 Fourth Avenue South, Suite 300
Minneapolis, MN 55415
Telephone:  (612) 339-3939
Facsimile:  (612) 332-4003