# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES – CRIMINAL** <br> BEFORE: Wilhelmina M. Wright <br> U.S. District Judge |
| v. | Case No: 20-cr-0168 (WMW/ECW) <br> Date: January 14, 2022 <br> Courthouse: St. Paul <br> Courtroom: 7A via Zoom <br> Court Reporter: Lori Simpson <br> Deputy: Mona Eckroad <br> Time in Court: 10:48 a.m. – 11:48 a.m. <br> Total time: 1 Hour |
| Montez Terriel Lee, Jr., Defendant. | |

**APPEARANCES:**

For Plaintiff:   Thomas Calhoun-Lopez, Assistant United States Attorney (via Zoom)
For Defendant:   Bruce M. Rivers, Retained (via Zoom)

**PROCEEDINGS:**

√ **Sentencing.**
√ Defendant agreed to proceed by video conference [84]. The hearing was conducted by Zoom videoconference.
√ CARES Act findings made on the record.

**IT IS ORDERED:**

Defendant is sentenced to:

| Count No. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 120 months | 3 years |

√ See J&C and SOR for special conditions.
√ Defendant sentenced to pay:
   √ Special assessment in the amount of $100.00 to be paid immediately.
   √ Request for restitution is reserved for two weeks.
√ Docket 79 shall be unsealed at the time judgment is entered.
√ Defendant is recommended to be incarcerated at a facility in or near Minnesota.
√ Defendant is remanded to the custody of the United States Marshal.

s/Mona Eckroad
Courtroom Deputy