UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-168 (WMW/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) PARTIES' JOINT MOTION |
| | ) FOR RESTITUTION |
| MONTEZ TERRIEL LEE, JR., | ) |
| Defendant. | ) |

The United States of America, by its attorneys, Charles J. Kovats, Jr., Acting United States Attorney for the District of Minnesota, and Thomas Calhoun-Lopez, Assistant United States Attorney; and Defendant Montez Terriel Lee, by and through his attorney, Bruce Rivers, respectfully request that the Judgment in this case be amended to reflect restitution in the amount of $842 to the D.M., a victim in this case.

On July 22, 2021, the Defendant pleaded guilty to Arson on Property Used in Interstate Commerce, in violation of 18 U.S.C. § 844(i). (Document No. 54.) The Mandatory Victim Restitution Act applies to this offense. 18 U.S.C. § 3663A.

On January 14, 2022, the Court sentence the Defendant. (Document No. 88.) The Court granted the Government's motion to reserve the issue of restitution for two weeks. (*Id.*)

One victim has made a request for restitution: D.M., a relative of O.L.S., in the amount of $842, for funeral expenses.

The Defendant has agreed to pay restitution in the amount of $842 to D.M.  The United States supports this agreement regarding resolution of restitution.

The Defendant agrees that restitution payments shall be made to the Clerk of Court, United States District Court, District of Minnesota, Minneapolis, Minnesota, who shall make payments to the victim.

The Defendant agrees that he will notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415 within thirty days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution.

The parties agree that no delinquent or default penalties will be imposed except upon Order of the Court.

The parties respectfully ask that the Judgment reflect the restitution agreement contained herein.

Dated: January 24, 2022                Respectfully submitted,

CHARLES J. KOVATS, JR.
Acting United States Attorney

/s/ *Thomas Calhoun-Lopez*
BY: THOMAS CALHOUN-LOPEZ
Assistant United States Attorney
Attorney ID No. 480908DC

—and—

RIVERS LAW FIRM, P.A.

*/s/ Bruce Rivers*
By: Bruce Rivers (#282698)
Attorney for Defendant
Rivers Law Firm, P.A.
701 Fourth Avenue South, Suite 300
Minneapolis, MN 55415
Telephone: (612) 339-3939
Facsimile:  (612) 332-4003